AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DR. E. LOXLEY, D.M.D. PC, d/b/a SANTA ROSA ENDODONTICS <br><br> *Plaintiff(s)* <br><br> v. <br><br> ALIRAAD MOATTAR, D.D.S., INC. d/b/a SANTA ROSA ENDO; ALIRAAD MOATTAR <br><br> *Defendant(s)* | Civil Action No.   3:22-cv-00873 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**ALIRAAD MOATTAR, D.D.S., INC. dba SANTA ROSA ENDO**
**c/o ALIRAAD MOATTAR**
**3748 MONTGOMERY DR.**
**SANTA ROSA, CA 95405**

**ALIRAAD MOATTAR**
**3748 MONTGOMERY DR.**
**SANTA ROSA, CA 95405**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**MILLER NASH LLP**
Nicole M. McLaughlin, Bar No. 272019
340 Golden Shore, Ste 450
Long Beach, CA 90802
Ph: 562.435.8002
nicole.mclaughlin@millernash.com

**WALLER LANSDEN DORTCH & DAVIS LLP**
Todd Hambidge, (PHV to be submitted)
511 Union St., Ste 2700
Nashville, Tennessee 37219
Ph: 615.850.8192
todd.hambidge@wallerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: